UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

                v.

GUARISCO FINE ARTS,

                Defendant.

----------------------------------------- x

No.: 1:22-cv-7678

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, GUARISCO FINE ARTS, with prejudice and without fees and costs.

Dated: New York, New York
       October 26, 2022

                                          **GOTTLIEB & ASSOCIATES**

                                          _/s/Michael A. LaBollita, Esq._

                              Michael A. LaBollita, Esq., (ML-9985)
                                   150 East 18th Street, Suite PHR
                                           New York, NY 10003
                                             Phone: (212) 228-9795
                                                 Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                                    _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge